## TABLE OF CONTENTS

1) Cover Page
2) Motion
3) Certification of Service
4-6) Signatuees of Inmates of North from NHSP/ Men

## MOTION: TO BE REGISTERED AS A CLASS FOR A CLASS ACTION SUIT

This action is taking place for misuse of a directed fund, by the Commissioner Helen Hanks & the D.O.C. The account in question is the Inmate Recreation Fund. To be a Directed Fund it needs to have it's own Accounting system, (which it does), and is for a specific purpose, (which it is).

All the people who signed up to be part of this Class Action Suit did so of their own free will. They even listed their ID No's. We all realize that the Recreation Fund is for of the Inmates here at NH State Prison (N.C.F. in Berlin, The New Hampshire Prison for Women, and the NH State Prison for Men). The reason I only have the Signatures I have, which are all from the North Unit here at NH Prison for Men is that all of the other Units here are being kept seperate because of Covid. The other institutions are not allowed to have contact with each other, so I can't get signatures from them. I do believe that I definely do have more than enough signatures to prove that this is an important issue to all of us that are incarcerated here in New Hampshire. As soon as we are deemed a class I will send the motion for our Lawsuit. I have more than enough proof that they acted illegally and knew what they were doing was illegal.

Wherefore, I request of this Honorable Court the following requests;

1) Grant us the right of suing as a Class.
2) Order the D.O.C. to Notify all Inmates in all Facilities the right to join this action, or refuse to become part of it.
3) Send me the forms so that I can pay for this suit as soon as I can.

RESPECTFULLY,

*Paul Baran*

Paul Baran #74388

## CERTIFICATION OF SERVICE

I hereby attest under the Pains and Penalties of perjury that i did hereby send by First-Class Mail copies of this Motion to both the U.S. District Court, District of New Hampshire, and the Attorney General's Office for the State of New Hampshire.

Respectfully,

*Paul Baran*

Paul Baran #74386
NHSP/M
P.O. Box 14
Concord, NH 03302

FILED - USDC -NH
2022 JAN 26 PM 12:50

# CLASS ACTION SUIT
## BARAN v. D.O.C & COMMISSIONER HELEN HANKS

The following inmates of the New Hampshire Prison for Men, do wish to join the Class Action Suit against the D.O.C. and Commissioner Helen Hanks for **MISUSE OF THE INMATE RECREATION FUND. They are writing their name voluntarily, and giving their ID. No.** In this way they will not tie up the Court's time.

| Signature | ID. No. | Signature | ID. No. |
|---|---|---|---|
| Jane Banks | 40358 | [illegible] | 93413 |
| Richard D Paychom | 84250 | [illegible] Harlan | 117104 |
| [illegible] | 140739 | Aaron Desjardins | 98608 |
| [illegible] | 89200 | T Berry | 71076 |
| Daniel Emerson | 4276 | Shannon Willsgrove | 118661 |
| Herbert Ford | 67074 | Kevin M Costa | 139304 |
| D[illegible] Kade | 117108 | [illegible] | 40385 |
| [illegible] | 81245 | Ed Cheney | 86533 |
| Christopher Elwell | 63403 | B[illegible] Mat[illegible] | 118790 |
| Mohamed | 96403 | Kelsey A Mart[illegible] | 69517 |
| R[illegible] | 63394 | Anthony C[illegible] | 77729 |
| [illegible] | 98637 | Vince Durkan | 112788 |
| Richard Wright | 70781 | Moncada Michael | 85188 |
| Michael Keegan | 98089 | John Brooker | 79405 |
| Ory Borden | 139378 | [illegible] | 117390 |
| [illegible] | 67904 | Dave Matt[illegible] | 96921 |
| [illegible] | 69073 | Alpha Ozy | 69781 |
| [illegible] | 14323 | Shane Vadney | 78587 |
| Louis Mims | 139706 | [illegible] Morales | 84800 |
| Richard Moore | 77906 | R. Moore | 77906 |

## CLASS ACTION SUIT
### BARAN v. D.O.C. & COMMISSIONER HELEN HANKS

The following inmates of the New Hampshire Prison for Men, do wish to join the Class Action Suit against the D.O.C. and Commissioner Helen Hanks for Misuse of the Inmate Recreation Fund. They are writing their name voluntarily, and giving their ID. No's. In this way they will not tie up the courts with individual lawsuits.

| Signature | ID. No. | Signature | ID. No. |
|---|---|---|---|
| Tony Pagram | 67008 | Mary Parrow | |
| Jason Lund | 76819 | Timothy Burke | 110681 |
| Christopher Valade | 72817 | Zachary Pinette | 110192 |
| Eric Smalley | 76039 | Timothy O'Mara | 29491 |
| Pete Gill | 24724 | Jared Pelkey | 51609 |
| Joshua Lamy | 79470 | Ken Carpenter | 79303 |
| Michael Ricci | 116895 | Edwin Valdez | 77130 |
| Todd D Peters | 25309 | HECTOR ORTIZ | 85505 |
| Brandon Nye | 88974 | Kyle Bean | 117949 |
| Brian LeBlanc | 79371 | Paul Bry | 74178 |
| Daniel Fleury | 42001 | Stephen Bergeron | 115646 |
| Jeffery Lessard | 68753 | William Plough | 71597 |
| George Quintero | 84263 | ELLSWORTH MILLER | 30847 |
| Gregory Moss | 98104 | Don Woodbury | 58466 |
| Tim Corgin | 114106 | Joshua Thibodeau | 45759 |
| Adam Cush | 82238 | Kendall McLain | 99090 |
| Orin Laurich | 79459 | Gregg Arnett | 98431 |
| Henry Markson | 93772 | Eric Beers | 95449 |
| David Lane | 73914 | Ted Hertfield | 110752 |
| Raymond E Glidden | 67135 | | |

## CLASS ACTION SUIT
### BARAN v. D.O.C. & COMMISSIONER HELEN HANKS

The following Inmates of the New Hampshire Prison for Men, do wish to join the Class Action Suit against the D.O.C. and Commissioner Helen Hanks for Misuse of the Inmate Recreation Fund. They are writing their names voluntarily, and giving their ID. No's. In this way they will not tie up the Courts with Individual Lawsuits.

| Signature | ID. No. | Signature | ID. No. |
|---|---|---|---|
| Eric Herring | 79136 | | |
| Chris Vincent | 76587 | | |
| Lionel Paradise | 67796 | | |
| Edward Schureman | 7664 | | |
| James Halldorson | 78719 | | |
| Charles Beckley | 114452 | | |
| Richard Ford | 86283 | | |
| P. Newton O'Name | 118052 | | |
| Ph. Richard Payote II | 89011 | | |
| Walter Carroll | 98819 | | |
| Mark N. | 99551 | | |
| Tyson Lohman | 74658 | | |
| Michael Carter | 129204 | | |
| (illegible) | 118323 | | |
| (illegible) Figueroa | 115999 | | |
| (illegible) | 83428 | | |
| (illegible) | 140957 | | |
| (illegible) | 86609 | | |
| (illegible) | 79378 | | |
| (illegible) | 112281 | | |