```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Paul Baran, et al

    v.

New Hampshire Department
of Corrections, et al

Case No. 22-cv-44-01-SM

ORDER

No objections having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 3, 2022, for the reasons set forth therein. The motion for class certification (doc. no. 2) is denied. The plaintiffs are given thirty days to file an amended complaint, signed by each pro se plaintiff who wish to remain in the case or by retained counsel, failing which the complaint (doc. no. 1) will be dismissed without prejudice.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    **So Ordered.**

                                                             _____
                                                             Steven J. McAuliffe
                                                             United States District Judge

Date: May 25, 2022

cc:   Paul Baran, pro se, et al