FILED - USDC -NH
2022 MAY 26 PM 1:25

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

55 Pleasant Street
Concord, NH 03301

To: Magistrate Judge
United States District Court
District of New Hampshire

From: Paul Baran #74388
NHSP/M
P.O. Box 14
Concord, NH 03302

## BARAN v. NH DEPARTMENT OF CORRECTIONS et al

### Case No. 22-cv-44-SM

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE
55 Pleasant Street
Concord, NH 03301

## PARTIES

Plaintiff: Paul Baran #74388. Inmate at NH State Prison, 281 North State Street. Serving a 35 - Life Sentence.

Defendant 1 Commissioner Helen Hanks, Commissioner of the Department of Corrections. 105 Pleasant Street, Concord, NH 03301.

Defendant 2 Department of Corrections. 105 Pleasant Street, Concord, NH 03301

The Plaintiff acting Pro-Se for this case has the following claims against the Defendants, that requires a hearing in Federal District Court.

Claim 1) The Commissioner and the D.O.C. are using the money from a Directed Account (Inmate Recreation Fund) for purposes not Inmate Recreational intended.

Facts: The Commissioner is using an Account that is directed for the use of Inmates only. It also meets Federal and State Guidlines, since it has it's own Accounting System, and is set up for a specific purpose, not part of the Prison's General Fund. Nor does it receive any State or Federal monies, but comes from sources generated by the Inmates.

Claim 2) The Commissioner did knowingly and willingly pay $370,386.13 for Mattresses for all three Prisons, out of the Inmate Recreation Fund.

Facts: The Commissioner admits in writing that she did this. According to State and Federal Guidelines, this expense is supposed to come out of the General Fund as a Capital Expenditure. Not out of a Inmate Account They (D.O.C.) are suppose to supply us our bedding.

Claim 3) The Commissioner as Trustee of the Inmate Rec Fund allowed Berlin to spend $1,116.16 for the purchase of Chinese food for over

Pg. 1

100 people. This was bought at the Ming House Restaurant in Berlin.

Facts: The units up in Berlin hold at most 70 people but does have around 100 Officers. This happened in June of 2021. Again not suppose to come out of the Inmate Rec Fund.

Claim 4) Comcast Cable, according to the Invoices we are suppose to pay $10,299.51 for Cable. However for some reason every month we end up paying an extra emount anywhere from $384.22 up to $1,112.77

Facts: I have 8 of the Invoices from 2021 and I have the Check registers to prove it.

Claim 5) $28,583.50 was spent on 10 Computer's, yet none ended up in Recreation.

Facts: These Computers ended up in Education, which is considered a Job and not part of Recreation and comes out of the General Fund, and Education Grants.

Claim 6) Since at least 2011 this account has been charged Bank Fees, where there are no Bank Fees.

Facts: The Bank Statements from T.D. Bank show no Interest or Bank Charges anywhere on them. If you add up the Checks writtern and compare them to the total deducted they match.

Claim 7) The Balances on the Income Statement, Check Registers, and Bank Statements in my possession don't match each other

Facts: There are Checks Missing that are said to be cashed. There are many months, where the number of Checks written don't show up on the Income Statements. Checks reported by the bank don't show up on the Check Register and the Bank Statements don't match up with the Income Statement.

The Constitutional Violations I am using are the 4th, 5th, and the 14th According to the definition "MONEY IS PROPERTY". Therefore the illegal

egal seizure and use of Private Funds is Illegal by the 4th Amendment. Since we do not have a choice when they spend it, they are basically using our money for other items that they want. Also as our Legal Guardians the Commissioner and the D.O.C. are not suppose to use any of that money for themselves or anybody else as Gifts or anything. This Case also falls under the case Strasenburgh v. Barnhart, 2004 U.S. District Lexis 16868 . Misuse of Directed Fund. It also deprives me of my Right of Due Process. The same office that would charge them with a Crime is also their Defense Attorney. This is a Conflict of Interest even though they say it's two different groups. The Criminal section alredy has most of my Information (and has had it for a while but wont do anything about it. They have most of the proof, and I know that the Defense Attorney's for the D.O.C. have it too. So how can I get a fair hearing with taking it to State Superior Court, I can't. According to 29 §1441 (c) (1) "A Civil Action includes a Claim arising under the Constitution Laws or Treaties of the United States. To State a Procedural Due Process Claim the Plaintiff must allege 1) a Liberty or Property Interest p protected by the U.S. Constitution. (done) 2) a Deprivation of the Interest by the Goverment. (State Government has shown that). 3) Lack of Process. Also Proven.

     As for Remedy I hereby ask this Honorable Court to grant me a fair portion of the money that has been stolen by the Commissioner, and the D.O.C. There is an average of 2000 residents currently residing at all three Prisons. What I am asking for is 1/2000ths of all the amounts taken. The other solution is that they return all money illegally taken back into the Recreation Fund, and use it for what it should be used for. I wish to be appointed a Lawyer, so I can turn this into a Class-Action Suit. I also wish to be Reimbursed for all Legal Fees, Copying Fees, having to send Mail out Certified to make sure it gets sent out properly, and to pay my Legal Consultant Attorney Katherine Maggi for her time and help getting

certain Legal Documents, that the D.O.C. would not give me, even though there was no security risk nor any persons information. Also to pay for my Court Appointed Lawyer.

I also wish the Court to realize that as this case continues, there will most likely be adding more Defendants, and more claims through my own Research and Discovery from the Prosecution.

This matter is a very important issue to all Inmates in this Prison System. These people in Charge are supposed to teach us how to be upstanding Citzens, and obey the Laws of this Country, yet they knowingly and willfully break them. They never expected anybody to look at this Account and find out how much they were missuseing the money. Nobody except them know how long this has been going on. I have records back to 2011 that show they were doing it back then.

I thank this Honorable Court for listening to me, and hope that you will grant me a Jury Trial in your Court

RESPECTFULLY,

*Paul Baran*

Paul Baran #74388
NHSP/M
P.O. Box 14
Concord, NH 03302

## CERTIFICATION OF SERVICE

I hereby attest to the fact under the Pains and Penalties of Perjury that I have sent copies of this claim to both the Federal District Court and to the New Hampshire Attorney General's Office.

Respectfully,

*Paul Baran*

Paul Baran #74388
NHSP/M
P.O. Box 14
Concord, NH 03301

Paul Baran #74388
NHSP/M
P.O. Box 14
Concord, NH 03302

**CERTIFIED MAIL**



7021 1970 0000 6593 5117

United States District Court
District of New Hampshire
55 Pleasant Street
Concord, NH 03301

NEOPOST          FIRST-CLASS MAIL
05/25/2022
US POSTAGE $007.53



ZIP 03301
041L11258963

LEGAL MAIL                                      PRIVELEGED

*"Mailed from the NH State Prison. Contents have not
been evaluated. Not Responsible for content/substance."*