UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Paul Baran, et al

    v.

                               Case No. 22-cv-44-SM-AJ

NH Department of Corrections, et al


ORDER

After due consideration of the objections filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 9, 2024, for the reasons stated therein.  All plaintiffs identified in the original complaint, other than Paul Baran, are dismissed from this action.

**SO ORDERED.**

                             _____
                             Steven J. McAuliffe
                             United States District Judge

Date: January 29, 2024

cc:  Paul Baran, pro se
     Timothy O'Mara, pro se
     Zachary Pinette, pro se