FILED - USDC -NH
2024 SEP 18 AM 9:43

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MOTION FOR INTERIM COUNSEL

Paul Baran et al v. Department of Corrections et al
Case No. 1:22-cv-00044-SM-AJ

The Plaintiff, Paul Baran, acting Pro-se does hereby ask this Honorable Court to grant that the Plaintiff be appointed an Interim Counsel so that he may turn this suit into a Class Action suit as it effects all inmates, in all three locations. As the Court has graciously granted its preliminary review of the SecondAAmended Complaint. As shown by the first attempt at starting this Lawsuit, and erroneousley trying to do it myself (see Early May Filing) I had 95 Inmates signatures willing to join this action. I then found out that rightfully I cannot speak for other Inmates, I was told that I needed a lawyer to file it. I have tried a number of Lawyers, but either I cannot afford them on what I make here or they tell me that they wont go against the D.O.C.

Wherefore I ask this Honorable Court to grant me the following;

Appoint me an Interim Attorney to facilitate turning this into a Class Action Suit.

Send a copy to the Defendant Lawyers as I have to send all legal letters out by Certified Mail to make sure it gets there

RESPECTFULLY,

*Paul Baran*

Paul Baran #74388
NHSP/M
P.O. Box 14
Concord, NH 03302

FILED - USDC -NH
2024 SEP 18 AM 9:43

## MOTION FOR INTERIM COUNCIL

Paul Baran et al v. Deepartment of Corrections et al
Case No. 1:22-cv-00044-SM-AJ

```
Paul Baran  #74388
NHSP/M
P.O. Box 14
Concord, NH 03302
```



**CERTIFIED MAIL**

9589 0710 5270 1771 9200 99

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 Pleasant Street
Concord, NH 03301

quadient
FIRST-CLASS MAIL
IMI
$009.64⁰
09/17/2024 ZIP 03301
043M31248953
US POSTAGE

Legal Mail

Priveledged

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."