UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Paul Baran

    v.                                 Case No. 22-cv-44-SM

NH Department of Corrections


ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 14, 2026, for the reasons set forth therein.

So Ordered.

_____
Steven J. McAuliffe
United States District Judge

Date: March 18, 2026

cc:  Paul Baran, pro se
     Laura Raymond, Esq.
     Nathan W. Kenison-Marvin, Esq.